UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-102 |
| Plaintiff, | Case No. 21-CR- |
| v. | [18 U.S.C. §§ 113(a)(6) and 1153(a)] |
| MICHAEL A. PETERS, JR., | **Green Bay Division** |
| Defendant. | |

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about March 2, 2021, in the State and Eastern District of Wisconsin, and within the boundaries of the Menominee Indian Reservation,

**MICHAEL A. PETERS, JR.,**

being a Native American Indian, assaulted another, John Doe, by striking him and causing him to fall, causing John Doe serious bodily injury.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

A TRUE [REDACTED]

FOREPERSON
Dated: 5/13/21

_____
RICHARD G. FROHLING
Acting United States Attorney